# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**JOHN R. WILLIAMS, JR.,**

     **Plaintiff,**

**v.**                            **Case No.  8:05-cv-2313-T-30MAP**

**DEPARTMENT OF VETERAN AFFAIRS,**

     **Defendant.**

_____/

## ORDER

     THIS CAUSE comes before the Court upon Plaintiff John R. Williams, Jr.'s Motion for Reconsideration (Dkt. 17).  In the instant Motion, Plaintiff is seeking this Court's reconsideration of an Order entered denying as moot Plaintiff's Motion for Injunctive Relief (Dkt. 15).  However, the relief requested in the instant motion is not part of the preceding redress requested in Plaintiff's Motion for Injunctive Relief (Dkt. 13).  Plaintiff is not seeking reconsideration of a previously adjudicated issue, but rather adjudication of new issues.  A Motion to Reconsider is not the proper means to request redress of new issues.  As such, Plaintiff John R. Williams, Jr.'s Motion for Reconsideration (Dkt. 17) is hereby **DENIED**.

     **DONE** and **ORDERED** in Tampa, Florida on June 30, 2006.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2005\05-cv-2313 Motion for Reconsideration.frm